*Various Chapter 13s*

WARNING! DO NOT ACCEPT THIS CHECK UNLESS YOU CAN SEE A TRUE WATERMARK WHEN HOLDING THE CHECK TO THE LIGHT AND PINK LOCK AND KEY ICONS THAT FADE WHEN WARMED

**S.J. BEAULIEU, JR.**
CHAPTER 13 TRUSTEE
433 METAIRIE ROAD, SUITE 307
METAIRIE, LA 70005

SunTrust Bank
MEMPHIS, TN

64-79 / 611

**0614591**

November 20, 2009

PAY Exactly Nine Thousand Three Hundred Ninety Four And 40/100 Dollars

TO THE ORDER OF
UNITED STATES BANKRUPTCY COURT
STE B-601
500 POYDRAS ST
NEW ORLEANS, LA 70130

$******9,394.40

VOID AFTER 90 DAYS

*S.J. Beaulieu Jr.*

⑆0614591⑆ ⑈061100790⑈ 8800517495⑈

RUB OR BREATHE ON THE PINK LOCK & KEY ICONS - COLOR WILL FADE AND RETURN ON AN AUTHENTIC CHECK - IF COLOR DOES NOT FADE DO NOT ACCEPT

---

**UNITED STATES BANKRUPTCY COURT**
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

# 226491  - KW
* * C O P Y * *
November 25, 2009
16:03:22

11/25/09
DEPOSITED TO 6047 BK
TREASURY
(BK #14)

CVogel

**TREASURY REGFUND**
Debtor.: VARIOUS CH. 13S
Amount.:         $9,394.40 CH
Check#.: 0614591

Total-> $9,394.40

FROM: BEAULIEU

The attached check represents payments found to be undeliverable, detailed below, for deposit into the registry of the court.

Registry Check #614591

| Case Number | Debtors | Amount | Payees |
|---|---|---|---|
| 04-12320 | LIRETTE III, JEFFERY JOSEPH<br>LIRETTE, BECKY HEBERT<br>413 BUQUET ST<br>HOUMA LA 70360 | 18.69 | MOBILETEL<br>ATTN: COLLECTIONS<br>PO BOX 1090<br>LAROSE LA 70373 |
| 04-13478 | HUMPHRIES, APRIL DAWN<br>APT D<br>823 PINE TREE ST<br>SLIDELL LA 70458 | 311.62 | (debtor) |
| 04-14712 | MARTIN, MARY ELLEN<br>523 WALNUT ST<br>LAPLACE LA 70068 | 6,071.88 | FLEET CREDIT CARD SERVICES<br>C/O BANK OF AMERICA<br>2 COMMERCIAL PLACE 8TH FLOOR<br>NORFOLK VA 23510 |
| 04-15589 | HOLMES, MICHALE<br>HOLMES, AUDREY<br>314 KOKOMO RD<br>KOKOMO MS 39643 | 831.60 | INTERFACE SECURITY SYSTEMS<br>2318 DAVID DR<br>METAIRIE LA 70003 |
| 04-15802 | BATES, OTIS<br>1100 ROSE MEADOW LOOP<br>SLIDELL LA 70460 | 9.84 | NOFFCU<br>PO BOX 689<br>METAIRIE LA 70004 |
| 04-18353 | MILTON, JOHNNY LEE<br>MILTON, JOYCE M<br>PO BOX 894<br>INDEPENDENCE LA 70113 | 36.99 | GALOM'S UNLIMITED<br>931 HWY 80 WC-16<br>JACKSON MS 39204 |
| 05-11590 | BEAULIEU, GLYNN A<br>5135 METROPOLITAN DR<br>NEW ORLEANS LA 70126 | 35.95 | KIRSCHMAN'S<br>6750 SIEGEN LN<br>BATON ROUGE LA 70809 |
| 05-13644 | WILLIAMS SR, ERIC NORMAN<br>WILLIAMS, VALERIE M<br>PO BOX 770020<br>NEW ORLEANS LA 70177 | 16.37 | ALLTEL<br>BLD 5<br>1 ALLIED DRIVE<br>LITTLE ROCK AR 72202 |
| 05-19392 | SCHNYDER, KAIANA L<br>2732 YORKTOWN DR<br>LAPLACE LA 70068 | 1,808.18 | HORACE MANN<br>% SUSAN LOWERY<br>PO BOX 3388<br>HOUSTON TX 77253 |
| 06-11076 | FALGOUT JR, WAYNE C<br>FALGOUT, DELANIA D<br>PO BOX 3801<br>HOUMA LA 70361 | 169.00 | (debtor) |
| 07-10489 | GENNINGS JR, JAMES LOUIS<br>GENNINGS, LAURA LEE<br>7930 TRINITY DR<br>NEW ORLEANS LA 70128 | 73.36 | CAPITAL ONE NA<br>LEGAL DEPARTMENT<br>201 ST CHARLES AVE 26TH FLOOR<br>NEW ORLEANS LA 70170 |

Registry Check #614591

| Case Number | Debtors | Amount | Payees |
|---|---|---|---|
| 07-11671 | EDWARDS, CONSTANCE<br>24264 VERNEUIL LANE<br>PONCHATOULA LA 70454 | 1.12 | CAPITAL ONE NA<br>LEGAL DEPARTMENT<br>201 ST CHARLES AVE 26TH FLOOR<br>NEW ORLEANS LA 70170 |
| 08-11814 | GUY, CURT<br>GUY, MELINA<br>39950 SILVERADO LANE<br>FRANKLINTON LA 70438 | 9.80 | S&S FINANCIAL/LENDING INC<br>1121 SOUTH MILITARY TRAIL #303<br>DEERFIELD BEACH FL 33442 |

$9,394.40